# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Kiel M Sweet aka Kiel Sweet aka Kiel Macdonald Sweet**
**Shara M Salata aka Shara Mercedes Salata aka Shara Salata**

**BK NO. 26-01595 MJC**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
01 Jul 2026, 15:03:36, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 5396a0c36e9ac78df39a2d5d9bd20d5e126a4d591dda10c3d05c1c58d808f237