UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                           CHAPTER 13
     KIEL M SWEET
     SHARA M SALATA                            CASE NO. 5:26-BK-01595-MJC
                             Debtors

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
                             Movant

         vs.

     Kiel M Sweet
     Shara M Salata

                             Respondents

## <u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1.      Trustee avers that Debtors' Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid.

2.      Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have access to non-exempt equity in the following: Residential real estate. Trustee requests proof of the value of the Debtors' home as stated in his/her schedules.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

         a.      Deny confirmation of Debtors' plan.
         b.      Dismiss or convert Debtors' case.
         c.      Provide such other relief as is equitable and just.

Dated: July 06, 2026                        Respectfully submitted:

                                                /s/ Jack N. Zaharopoulos

                                                Standing Chapter 13 Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                (717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

RAYMOND W. FERRARIO, ESQUIRE
538 BIDEN STREET
SUITE 528
SCRANTON, PA  18503-1811

Dated: July 06, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee