United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Kiel M Sweet

Shara M Salata

    Debtors

Case No. 26-01595-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 3

Date Rcvd: Jul 07, 2026            Form ID: ntcnfhrg            Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kiel M Sweet, Shara M Salata, 133 Magnolia Dr., Thornhurst, PA 18424-8026 |
| 5808539 | + | CMC - FCPI Employees FCU, 415 Colfax Avenue, Scranton, PA 18510-2362 |
| 5808540 | + | CMC - FCPI Employees FCU, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 5808537 | + | Cheryl McDonald-Sweet, 11063 Valley View Dr., Clarks Summit, PA 18411-9585 |
| 5808552 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave Suite 267, Scranton, PA 18503-2029 |
| 5808558 | + | Tax Collector - Thornhurst Twp, 16 Pine Lane, Thornhurst, PA 18424-8032 |
| 5808559 | + | Thornhurst CC Estates HOA, 176 Country Club Dr, Thornhurst, PA 18424-7979 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5808534 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 19:04:54 | Capitalone, Capital One, Attn: Bk, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5808535 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 07 2026 19:01:00 | Cb/cci Pl Cc, 14600 Northwest, Beaverton, OR 97006 |
| 5808536 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 19:04:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5808538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 19:15:01 | Citibank/The Home Depot, Citicorp Cr SrvsCent BK, Po Box 790046, St Louis, MO 63179-0046 |
| 5808541 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5808542 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Lane Bryant CC, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5808545 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/Burlington CC, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/Cosmo Prof, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

|  |  |  | Jul 07 2026 19:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5808553 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 19:15:01 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5808550 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 07 2026 19:01:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5816190 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 19:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5814546 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 07 2026 19:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5808551 | ^ | MEBN | Jul 07 2026 18:57:40 | KML Law Group, P.C., BNY Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5808554 | + | Email/PDF: ebnotices@pnmac.com | Jul 07 2026 19:15:01 | PennyMac Loan Services, LLC, PennyMac Loan Services, Attn Bk, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5808555 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 19:04:53 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5808556 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 19:04:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5808557 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 19:04:53 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Jack N Zaharopoulos
                                ecf@pamd13trustee.com

Matthew K. Fissel
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Raymond W. Ferrario
                                on behalf of Debtor 1 Kiel M Sweet raymondwferrariopc@comcast.net  ferrariobk@comcast.net

District/off: 0314-5

Date Rcvd: Jul 07, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 3 of 3

Total Noticed: 29

Raymond W. Ferrario

      on behalf of Debtor 2 Shara M Salata raymondwferrariopc@comcast.net ferrariobk@comcast.net

United States Trustee

      ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kiel M Sweet,
aka Kiel Sweet, aka Kiel Macdonald Sweet,

**Debtor 1**

Chapter        13

Case No.        5:26−bk−01595−MJC

Shara M Salata,
aka Shara Mercedes Salata, aka Shara Salata,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 20, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 7, 2026 |

ntcnfhrg (08/21)