United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Case No. 26-01595-MJC

Kiel M Sweet

Chapter 13

Shara M Salata

Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3

Date Rcvd: Jul 07, 2026     Form ID: pdf002     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kiel M Sweet, Shara M Salata, 133 Magnolia Dr., Thornhurst, PA 18424-8026 |
| 5808539 | + | CMC - FCPI Employees FCU, 415 Colfax Avenue, Scranton, PA 18510-2362 |
| 5808540 | + | CMC - FCPI Employees FCU, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 5808537 | + | Cheryl McDonald-Sweet, 11063 Valley View Dr., Clarks Summit, PA 18411-9585 |
| 5808552 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave Suite 267, Scranton, PA 18503-2029 |
| 5808558 | + | Tax Collector - Thornhurst Twp, 16 Pine Lane, Thornhurst, PA 18424-8032 |
| 5808559 | + | Thornhurst CC Estates HOA, 176 Country Club Dr, Thornhurst, PA 18424-7979 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5808534 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 19:04:48 | Capitalone, Capital One, Attn: Bk, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5808535 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 07 2026 19:01:00 | Cb/cci Pl Cc, 14600 Northwest, Beaverton, OR 97006 |
| 5808536 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 19:04:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5808538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 19:15:07 | Citibank/The Home Depot, Citicorp Cr SrvsCent BK, Po Box 790046, St Louis, MO 63179-0046 |
| 5808541 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5808542 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Lane Bryant CC, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5808545 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/Burlington CC, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/Cosmo Prof, Comenity Bank, BK Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5808548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:01:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5808549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | Jul 07 2026 19:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
|---|---|---|---|
| 5808553 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 07 2026 19:15:12 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5808550 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Jul 07 2026 19:01:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5816190 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 07 2026 19:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5814546 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jul 07 2026 19:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5808551 | ^ MEBN | | |
| | | Jul 07 2026 18:57:41 | KML Law Group, P.C., BNY Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5808554 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 07 2026 19:15:12 | PennyMac Loan Services, LLC, PennyMac Loan Services, Attn Bk, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5808555 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 19:04:53 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5808556 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 19:04:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5808557 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 19:04:43 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Shara M Salata raymondwferrariopc@comcast.net  ferrariobk@comcast.net |

Raymond W. Ferrario

on behalf of Debtor 1 Kiel M Sweet raymondwferrariopc@comcast.net  ferrariobk@comcast.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

Rev. 01/01/26

<u>LOCAL BANKRUPTCY FORM 3015-1</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Kiel M Sweet
Shara M Salata

CHAPTER 13
CASE NO.

☑ ORIGINAL PLAN
___ AMENDED PLAN (Indicate #)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1   The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.   ☐ Included   ☑ Not Included

2   The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.   ☐ Included   ☑ Not Included

3   The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.   ☐ Included   ☑ Not Included

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1.   **PLAN FUNDING AND LENGTH OF PLAN.**

   A.   **Plan Payments From Future Income**

   1. To date, the Debtor paid $ _0_ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $33,000.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 07/26 | 06/31 | 550.00 | 0.00 | 550.00 | 33,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | $33,000.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. *Check One:*

☑ Debtor is at or under median income.
*If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B.** **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $21,444.82. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☑ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

**2.** **SECURED CLAIMS.**

**A.** **Pre-Confirmation Distributions.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.A need not be completed or reproduced.*

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| CMC - FCPI Employees FCU | 2019 Toyota Highlander 71000 miles KBB valuation. Fair/good condition. | 649E |
| PennyMac Loan Services, LLC | 133 Magnolia Dr. Thornhurst, PA 18424 Lackawanna County PIN 24601020025. Deed Book2015/15569. Lackawanna County appraisal $266,390 as of June 30, 2024. Zillow valuation as of 5/28/2026 $256,700. | 9756 |

**C.** **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check One:*

☐ None.
*If this is checked, the rest of § 2.C need not be completed or reproduced.*

2

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| PennyMac Loan Services, LLC | 133 Magnolia Dr. Thornhurst, PA 18424 Lackawanna County PIN 24601020025. Deed Book2015/15569. Lackawanna County appraisal $266,390 as of June 30, 2024. Zillow valuation as of 5/28/2026 $256,700. | $25,985.00 | $0.00 | $25,985.00 |

D.  **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None.
   *If this is checked, the rest of § 2.D need not be completed or reproduced.*

☑ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Tax Collector - Thornhurst Twp | 133 Magnolia Dr. Thornhurst, PA 18424 Lackawanna County PIN 24601020025. Deed Book2015/15569. Lackawanna County appraisal $266,390 as of June 30, 2024. Zillow valuation as of 5/28/2026 $256,700. | $38.09 | 0.00% | $38.09 |

E.  **Secured claims for which a § 506 valuation is applicable.** *Check One:*
☑ None.
   *If this is checked, the rest of § 2.E need not be completed or reproduced.*

F.  **Surrender of Collateral.** *Check One:*

☐ None.
   *If this is checked, the rest of § 2.F need not be completed or reproduced.*

☑ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured

3

claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| CMC - FCPI Employees FCU | 2021 Jeep Wrangler 46000 miles<br>KBB valuation. Good condition. |

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☑ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

**3.** **PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

a. In addition to the retainer of $1500 already paid by the Debtor, the amount of $3500 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. The balance of fees owed to the attorney for the debtor(s) is estimated to be N/A. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one:*

☑ None.
*If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.** **Priority Claims (including, certain Domestic Support Obligations)**

☑ None.
*If this is checked, the rest of § 3.B need not be completed or reproduced.*

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one:*

☑ None.
*If this is checked, the rest of § 3.C need not be completed or reproduced.*

**4.** **UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one:*

☑ None.
*If this is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

☑ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

6.    **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☑    plan confirmation.
☐    entry of discharge.
☐    closing of case.

7.    **DISCHARGE:** *(Check one)*

☑ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8.    **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1:     _____
Level 2:     _____
Level 3:     _____
Level 4:     _____
Level 5:     _____
Level 6:     _____
Level 7:     _____
Level 8:     _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:     Adequate protection payments.
Level 2:     Debtor's attorney's fees.
Level 3:     Domestic Support Obligations.
Level 4:     Priority claims, pro rata.
Level 5:     Secured claims, pro rata.
Level 6:     Specially classified unsecured claims.
Level 7:     Timely filed general unsecured claims.
Level 8:     Untimely filed general unsecured claims to which the Debtor has not objected.

9.    **NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

5

Dated: June 2, 2026

/s/ Raymond W. Ferrario
Raymond W. Ferrario 35096
Attorney for Debtor

Rev. 01/01/26

/s/ Kiel M Sweet
Kiel M Sweet
Debtor

/s/ Shara M Salata
Shara M Salata
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

6