Certificate Number: 15317-PAM-DE-041272400

Bankruptcy Case Number: 26-01595



15317-PAM-DE-041272400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2026, at 12:40 o'clock PM PDT, Shara Salata completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 31, 2026          By:    /s/Mawrin Sison

                              Name:  Mawrin Sison

                              Title:  Certified Credit Counselor