UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>KIEL M SWEET<br>SHARA M SALATA<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>KIEL M SWEET<br>SHARA M SALATA<br>Respondents | CHAPTER 13<br><br>CASE NO. 5:26-BK-01595-MJC |

**TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Trustee avers that Debtors' Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid.

2. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following: Debtors have not provided to Trustee the Proof of Claim for Thornhurst Township Tax Collector.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: October 01, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

RAYMOND W. FERRARIO, ESQUIRE
538 BIDEN STREET
SUITE 528
SCRANTON, PA 18503-1811

Dated: October 01, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee